**No. 42097.**—Protests 949348–G, etc., of D. Kelman et al. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 the protests were sustained.

**No. 42098.**—Protests 947597–G, etc., of Wilson & Co. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 the protests were sustained.

**No. 42099.**—Protests 942539–G, etc., of Santo Alioto & Sons et al. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 the protests were sustained.

**No. 42100.**—Protests 939563–G, etc., of Sclafani Wine Corp. et al. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 the protests were sustained.

**No. 42101.**—Protests 938044–G, etc., of Latorraca Bros. et al. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 the protests were sustained.

**No. 42102.**—Protests 906377–G, etc., of Ossola Bros., Inc., et al. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 the protests were sustained.

**No. 42103.**—Protests 898924–G, etc., of Rome Importing Co. et al. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 the protests were sustained.

**No. 42104.**—Protests 893089–G (B), etc., of D. D'Angiola, Inc., et al. (New York).

Opinion by KEEFE, J.   On the authority of Abstract 40880 the protests were sustained.